```
                                              FILED
                                          07 OCT 17 AM 9:32
                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:      pm        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07CR2882-BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF RELATED CASE |
| ) | |
| GUILLERMO BARRETO-ORTIZ (1), ) | |
| MAGDALENA MAULEON (2), ) | |
| ) | |
| Defendants. ) | |

TO THE CLERK OF THE COURT:

  Please take notice that the above-entitled case is related to <u>United States of America v. Consuelo Mauleon</u>, Criminal Case No. 07CR2398-BEN.

  DATED: October 17, 2007.

                    KAREN P. HEWITT
                    United States Attorney

                    /s/ Joseph J.M. Orabona
                    JOSEPH J.M. ORABONA
                    Assistant U.S. Attorney