```
                                              FILED
                                        07 OCT 17 AM 9:32
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA

                                   BY:        [initials]    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CR 2882 — BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| GUILLERMO BARRETO-ORTIZ (1), ) MAGDALENA MAULEON (2), ) | |
| Defendants. ) | |

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to United States of America v. Guillermo Barreto-Ortiz, et al., Criminal Case No. 07CR2397-BEN.

   DATED: October 17, 2007.

                                    KAREN P. HEWITT
                                    United States Attorney

                                    [signature]

                                    JOSEPH J.M. ORABONA
                                    Assistant U.S. Attorney