Mark A. Chambers
State Bar #98933
345 West Ninth Avenue, Suite 200
Escondido, California 92025-5055
Telephone:  (760) 489-1808
Fax:          (760) 489-0225
chambers@mchambers.mpowermail.com
Attorney for Defendant,
GUILLERMO BARRETO-ORTIZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>GUILLERMO BARRETO ORTIZ,<br><br>        Defendant. | CASE NO.   07-CR-2882-001-BEN<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br><br>1) COMPEL DISCOVERY<br><br>2) LEAVE TO FILE FURTHER MOTIONS<br><br>DATE:  December 3, 2007<br><br>TIME:   2:00 p.m. |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND JOSEPH ORBANO,

ASSISTANT UNITED STATES ATTORNEY

        PLEASE TAKE NOTICE that on December 3, 2007, at 2:00 p.m. or as soon

thereafter as counsel may be heard, the defendant, Guillermo Barreto Ortiz, by and

through his counsel, Mark A. Chambers, hereby submits the following motions and

points and authorities in support thereof:

//

//

//

//

1

UNITED STATES v. BARRETO-ORTEIZ
CASE NO. 07-CR-2882-001-BEN

I

MOTIONS

The defendant, Guillermo Barreto Ortiz, by and through his counsel, Mark A. Chambers, pursuant to Federal Rules of Criminal Procedure 12, 14, 16 and 26, the Fifth and Sixth Amendment to the Unites States Constitution, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

Compel Production of Discovery;

Leave to File Further Motions;

These motions are based upon the instant motions and notice of motions, the attached statements of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted

Dated: November 9, 2007                           /s/ Mark A. Chambers
                                                  MARK A. CHAMBERS
                                                  Attorney for Defendant
                                                  Guillermo Barreto Ortiz

UNITED STATES v. BARRETO-ORTEIZ
CASE NO. 07-CR-2882-001-BEN