AO 455 (Rev. 5/85) Waiver of Indictment

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

GUILLERMO BARRETO-ORTIZ (1)

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2882-BEN

I, Guillermo Barreto-Ortiz, the above-named defendant, who is accused of committing the following offense:

Conspiracy to Manufacture Marijuana Plants, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 (Felony); and

Possession of Firearm in Furtherance of a Drug Trafficking Offense, in violation of Title 18, United States Code Section 924(c)(1)(A)(i) and (C)(i), and Aiding and Abetting, in violation of Title 18, United States Code Section 2 (Felony);

being advised of the nature of the charges, the proposed Superseding Information, and of my rights, hereby waive in open court on ___6/27/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Guillermo Barreto_
Defendant

_Charles H. Adair_
Charles H. Adair, Esq.
Defense Counsel

Before _[signature]_
Judicial Officer