AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

FILED
JUL - 7 2008

UNITED STATES OF AMERICA
V.

Guillermo Barreto-Ortiz

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR2882-Ben

I, Guillermo Barreto-Ortiz, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/7/08 _Date_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

21 USC 841(a)(1) & 846
18 USC § 924(c)(1), etc

Guillermo Barreto
_Defendant_

_Counsel for Defendant_

Before _____
_Judge_

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd